AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEGAL, SUZANNE H. | US DIST CRT-CENTRAL DIST CA | 08/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE-FULL-TIME | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET, NO 5100
LOS ANGELES, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #1 |
| 2. | CO-TRUSTEE | TRUST #2 |
| 3. | CO-TRUSTEE | TRUST #3 |
| 4. | CO-TRUSTEE | TRUST #4 |
| 5. | TRUSTEE | TRUST #6 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2018 | UC, LOS ANGELES, TEACHING INCOME | $5,062.40 |
| 2. 2018 | UNIVERSITY OF CALIFORNIA, TEACHING INCOME | $1,720.11 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | STATE OF CALIFORNIA |
| 2. 2018 | UNIVERSITY OF SOUTHERN CALIFORNIA, TEACHING INCOME |
| 3. 2018 | THOMPSON REUTERS, BOOK ADVANCE |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | October 9 - 14, 2018 | Maui, HI | Annual Seminar | Hotel and transportation |
| 2. | The Sedona Conference | October 24 - 25, 2018 | Hollywood, CA | Panel Speaker | Hotel and parking |
| 3. | Federal Bar Association, San Diego Chapter | December 12 - 13, 2018 | San Diego, CA | Panel Speaker | Hotel and transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | E | Dividend | M | T | Sold (part) | 08/27/18 | J | B | |
| 3. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | J | T | Sold (part) | 03/15/18 | M | E | |
| 4. | | | | | Sold (part) | 03/19/18 | L | E | |
| 5. | | | | | Sold (part) | 07/09/18 | M | F | |
| 6. | | | | | Sold (part) | 11/26/18 | J | B | |
| 7. -CALIFORNIA ST FOR PREVIOUS ISS GO BONDS | A | Interest | K | T | | | | | |
| 8. -SANTA MARIA BONITA CALIF SCH D COPS BOND | A | Interest | | | Sold | 01/16/18 | K | A | |
| 9. -CALIFORNIA ST PUB WKS BRD LEASE REV BOND 2014A | A | Interest | K | T | | | | | |
| 10. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCT | A | Dividend | K | T | | | | | |
| 11. -MALIBU CA CTFS PARTN BOND | A | Interest | | | Sold | 07/31/18 | K | | |
| 12. -JOHNSON CNTY KANS UNI SCH DIST BOND | A | Interest | | | Sold | 07/09/18 | K | | |
| 13. -CALIFORNIA ST VETERANS GO (FKA CALIFORNIA ST FOR PREVIOUS ISSUE) BOND | A | Interest | J | T | Sold (part) | 08/20/18 | J | | |
| 14. -OXNARD CALIF SCH DIST GO REF BOND | A | Interest | K | T | | | | | |
| 15. -SAN FRANCISCO CALIF BAY AREA RAPID TRANSIT BOND | A | Interest | K | T | | | | | |
| 16. -METROPOLITAN WTR DIST SOUTHN CALIF BOND | A | Interest | K | T | Buy | 04/26/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -NEBRASKA INVT FIN AUTH SINGLE FAMILY BOND | A | Interest | K | T | Buy | 04/02/18 | K | | |
| 18. -OREGON ST HSG & CMNTY SVCS DEPT MTG | | None | K | T | Buy | 08/08/18 | K | | |
| 19. -NEUBERGER BERMAN GUARDIAN FD INSTL CL | E | Dividend | M | T | Buy | 03/16/18 | L | | |
| 20. | | | | | Buy (add'l) | 03/26/18 | L | | |
| 21. | | | | | Sold (part) | 08/27/18 | J | A | |
| 22. -NEW JERSEY ST HSG & MTG FIN AGY BOND | A | Interest | | | Buy | 01/01/18 | K | | |
| 23. | | | | | Sold | 07/09/18 | K | | |
| 24. US BANK INTEREST CHECKING | A | Interest | J | T | | | | | |
| 25. US BANK STANDARD CHECKING | | None | | | Closed | 01/05/18 | J | | |
| 26. US BANK INTEREST CHECKING | | None | J | T | | | | | |
| 27. SOUTHLAND CREDIT UNION SAVINGS ACCOUNT | A | Interest | L | T | | | | | |
| 28. SOUTHLAND CREDIT UNION CERTIFICATE ACCOUNT | A | Interest | K | T | | | | | |
| 29. AMERICAN ELECTRIC POWER CO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. TRUST #1 (H) | | | | | | | | | |
| 32. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | | None | | | Distributed (part) | 05/23/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. | | | | | Sold | 08/13/18 | M | E | |
| 34. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | B | Dividend | | | Sold | 08/13/18 | L | E | |
| 35. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | | None | | | Buy (add'l) | 01/29/18 | J | | |
| 36. | | | | | Distributed | 05/23/18 | K | | |
| 37. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | | | Closed | 05/16/18 | J | | |
| 38. -FIDELITY GOVERNMENT MONEY MARKET ACCOUNT | A | Dividend | J | T | Open | 05/16/18 | J | | |
| 39. -FIDELITY CONTRAFUND | D | Dividend | L | T | Buy | 08/14/18 | M | | |
| 40. | | | | | Sold (part) | 09/25/18 | J | A | |
| 41. | | | | | Sold (part) | 11/01/18 | J | | |
| 42. -FIDELITY FOUR IN ONE INDEX FUND | B | Dividend | L | T | Buy | 08/14/18 | M | | |
| 43. | | | | | Sold (part) | 09/25/18 | J | A | |
| 44. | | | | | Sold (part) | 11/01/18 | J | | |
| 45. TRUST #2 (H) | | | | | | | | | |
| 46. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | | None | | | Distributed (part) | 05/23/18 | K | | |
| 47. | | | | | Sold (part) | 07/06/18 | K | E | |
| 48. | | | | | Sold | 08/13/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | B | Dividend | | | Sold (part) | 07/06/18 | K | E | |
| 50. | | | | | Sold | 08/13/18 | L | D | |
| 51. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | | None | | | Buy (add'l) | 01/29/18 | J | | |
| 52. | | | | | Distributed | 05/23/18 | L | | |
| 53. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | | | Closed | 05/16/18 | J | | |
| 54. -FIDELITY TREASURY MONEY MARKET ACCOUNT | A | Dividend | J | T | Open | 05/16/18 | J | | |
| 55. -FIDELITY CONTRAFUND | C | Dividend | K | T | Buy | 08/14/18 | L | | |
| 56. -FIDELITY FOUR IN ONE INDEX FUND | B | Dividend | K | T | Buy | 08/14/18 | L | | |
| 57. -RENTAL PROPERTY, LOS ANGELES, CA (2018, $100,000) | A | Rent | L | R | Buy | 07/13/18 | L | | |
| 58. TRUST #3 (H) | | | | | | | | | |
| 59. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | D | Dividend | L | T | | | | | |
| 60. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | K | T | | | | | |
| 61. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | B | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 62. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 63. TRUST #4 (H) | | | | | | | | | |
| 64. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | D | Dividend | L | T | Sold (part) | 09/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | B | Dividend | J | T | Sold (part) | 07/09/18 | M | E | |
| 66. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | D | Dividend | L | T | Buy (add'l) | 01/29/18 | J | | |
| 67. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 68. -RENTAL PROPERTY, LOS ANGELES, CA (2018, $100,000) | A | Rent | L | R | Buy | 07/13/18 | L | | |
| 69. TRUST #5 (H) | | | | | | | | | |
| 70. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | D | Dividend | L | T | Sold (part) | 09/20/18 | J | A | |
| 71. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | L | T | Sold (part) | 09/10/18 | J | A | |
| 72. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 73. -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 74. INDIVIDUAL RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 75. -MORGAN STANLEY PRIVATE BANK NA (FKA LIQUID ASSET FUND) | A | Interest | K | T | | | | | |
| 76. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES VARIABLE ANNUITY (H) | | | | T | | | | | |
| 77. -VY JPMORGAN EMERGING MARKETS EQUITY | A | Dividend | J | T | | | | | |
| 78. -VY (FKA DIVERSIFIED) MID CAP OPPORTUNITIES PORTFOLIO | A | Dividend | J | T | | | | | |
| 79. -VY T. ROWE PRICE CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 80. -VY CLARION REAL ESTATE PORTFOLIO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 81. -VOYA LARGE CAP VALUE PORFOLIO | A | Dividend | J | T | | | | | |
| 82. -VOYA INTERNATIONAL INDEX PORTFOLIO | A | Dividend | J | T | | | | | |
| 83. -INVESCO DIVERSIFIED DIVIDEND A | A | Dividend | J | T | | | | | |
| 84. INDIVIDUAL RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 85. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | E | Dividend | N | T | | | | | |
| 86. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND INSTL CL | D | Dividend | M | T | | | | | |
| 87. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | E | Dividend | M | T | | | | | |
| 88. -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | B | Dividend | M | T | | | | | |
| 89. -NY CITY TRANSITIONAL FIN BOND | B | Interest | | | Matured | 08/01/18 | K | | |
| 90. -TENNESSEE ST GO BOND | A | Interest | | | Matured | 08/01/18 | K | | |
| 91. -GEORGIA ST GO BOND | A | Interest | | | Matured | 10/01/18 | K | | |
| 92. -JEA FLA BULK PWR SUPPLY SYS REV BOND | B | Interest | | | Matured | 10/01/18 | K | | |
| 93. -ILLINOIS ST GO BOND | A | Interest | K | T | | | | | |
| 94. -NEW YORK GO BOND | B | Interest | K | T | | | | | |
| 95. -AUSTIN TEXAS PUB IMPT BOND | B | Interest | K | T | | | | | |
| 96. -CALIFORNIA ST GO BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 97. -VIRGINIA COLLEGE BLDG AUTH BOND | B | Interest | K | T | | | | | |
| 98. -WILMINGTON DEL GO BOND | A | Interest | K | T | | | | | |
| 99. -CONNECTICUT ST GO BOND | A | Interest | K | T | | | | | |
| 100. -COLUMBUS OHIO VARIOUS PURP LTD TAX BOND | A | Interest | K | T | | | | | |
| 101. -NEW YORK ST DORM AUTH REVS BOND | A | Interest | K | T | | | | | |
| 102. -RANCHO CALIF WTR DIST FING AUTH REV BOND | A | Interest | K | T | | | | | |
| 103. -ARKANSAS ST GO TAXABLE REF BOND | A | Interest | K | T | | | | | |
| 104. -MET GOVT NASHVILLE & DAVIDSON CNTY TENN BOND | A | Interest | K | T | | | | | |
| 105. -NEW HAMPSHIRE ST GO CAP IMPT BOND | A | Interest | K | T | | | | | |
| 106. -US TREASURY BILLS ZERO CPN 5/17/2018 | | None | | | Matured | 05/17/18 | K | A | |
| 107. -UNIV PITTSBURGH OF THE CMWLTH SYS BOND | A | Interest | K | T | Buy | 06/11/18 | K | | |
| 108. -UNIVERSITY CALIF REVS LT PROJ REV BOND | A | Interest | K | T | Buy | 06/11/18 | K | | |
| 109. -US TREASURY BILLS ZERO CPN 5/9/19 | | None | K | T | Buy | 11/07/18 | K | | |
| 110. -US TREASURY BILLS ZERO CPN 5/16/19 | | None | K | T | Buy | 11/15/18 | K | | |
| 111. -US TREASURY BILLS ZERO CPN 11/15/18 | | None | | | Buy | 05/16/18 | K | | |
| 112. | | | | | Matured | 11/15/18 | K | A | |
| 113. CHASE BANK CASH ACCOUNTS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 114. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 115. -FIDELITY ASSET MANAGER 50% FUND | A | Dividend | J | T | | | | | |
| 116. -FIDELITY STRATEGIC DIVIDEND & INCOME FUND | A | Dividend | J | T | | | | | |
| 117. MORGAN STANLEY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 118. -MORGAN STANLEY BANK NA (FORMERLY LIQUID ASSET FUND) | A | Interest | J | T | | | | | |
| 119. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES ANNUITY (H) | | | | | | | | | |
| 120. -VY T. ROWE PRICE CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 121. -VY INVESCO GROWTH AND INCOME PORTFOLIO | A | Dividend | J | T | | | | | |
| 122. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 123. -FIDELITY GOVERNMENT MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 124. -FIDELITY CALIFORNIA MUNI MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 125. TRUST #6 (H) | | | | | | | | | |
| 126. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | | | Closed | 10/02/18 | M | | |
| 127. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 128. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 129. -NEUBERGER BERMAN SHT DURATION BOND INSTL MUTAL FUND | A | Dividend | K | T | Sold (part) | 01/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 130. | | | | | Sold (part) | 03/15/18 | J | | |
| 131. -NEUBERGER BERMAN GUARDIAN FD INSTL CL | A | Dividend | J | T | Buy | 01/19/18 | J | | |
| 132. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 133. -NEUBERGER BERMAN SUSTAINABLE EQUITY FUND | A | Dividend | J | T | Buy | 01/19/18 | J | | |
| 134. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 135. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 136. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 137. -NEUBERGER BERMAN SHT DURATION BOND INSTL MUTUAL FUND | C | Dividend | M | T | Buy (add'l) | 01/18/18 | K | | |
| 138. | | | | | Sold (part) | 03/15/18 | K | | |
| 139. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 140. -NEUBERGER BERMAN GUARDIAN FD INSTL CL | C | Dividend | K | T | Buy | 01/18/18 | K | | |
| 141. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 142. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 143. -NEUBERGER BERMAN SUSTAINABLE EQUITY FUND | C | Dividend | K | T | Buy | 01/18/18 | K | | |
| 144. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 145. | | | | | Buy (add'l) | 09/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 146. INDIVIDUAL RETIREMENT ACCOUNT #3 (H) | | | | | | | | | |
| 147. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 148. -NEUBERGER BERMAN EQUITY INCOME INSTL MUTUAL FUND | B | Dividend | K | T | | | | | |
| 149. -NEUBERGER BERMAN GUARDIAN FD INSTL CL MUTUAL FUND | C | Dividend | J | T | | | | | |
| 150. - NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOC RESPONSIVE) INSTL FD | C | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 151. BERNSTEIN CASH ACCOUNT | A | Interest | J | T | Open | 12/11/18 | J | | |
| 152. RENTAL PROPERTY, LOS ANGELES, CA (2018, $600,000) | A | Rent | O | R | Buy | 07/13/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUZANNE H. SEGAL**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544